UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Kimberly J. Mueller**  RE:  **Kenneth Eugene Moore**
**Chief United States District Judge**       **Docket Number:  0972 2:19CR00181-001**
**Sacramento, California**                   <u>**Request For Hearing**</u>

Your Honor:

On June 30, 2021, a Form 12C Petition for Warrant was issued by Your Honor, wherein Kenneth Moore was charged with failure to participate in the RRC as directed and failure to follow instructions of the Probation Officer. A warrant was issued.

On June 27, 2023, Kenneth Moore appeared in the Northern District of California, for the above-noted warrant. On that date, Mr. Moore was ordered released from custody. The Court instructed him to report to the Probation Officer and arrange for his appearance in this district.

I respectfully request the matter be set for Initial Appearance before the **Duty Magistrate Judge on July 20, 2023, at 2:00 p.m.,** for the matter to proceed before this Court. I have contacted the Assistant U.S. Attorney and Defense Counsel who are agreeable to this date.

|  Respectfully submitted,  |  Reviewed by,  |
| --- | --- |
| /s/ Kristin Smokes | /s/ Laura Weigel |
| **Kristin Smokes** | **Laura Weigel** |
| United States Probation Officer | Supervising United States Probation Officer |

**Dated:**  July 17, 2023
              Modesto, California
              KS/lr

1

REV.  01/2021
CAE___MEMO___COURT

**RE:** **Kenneth Eugene Moore**
**Docket Number:   0972 2:19CR00181-1**
**REQUEST FOR HEARING**

---

## ORDER OF THE COURT

☒ Approved    ☐ Disapproved

July 19, 2023
Date

Honorable Kimberly J. Mueller
Chief United States District Judge

cc:   Dhruv Sharma
      Assistant United States Attorney

      David Porter
      Defense Counsel

2