HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
KENNETH EUGENE MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KENNETH EUGENE MOORE,<br><br>  Defendant. | Case No. 2:19-cr-181 KJM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL APPEARANCE<br><br>Date: Thursday, July 19, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. KIMBERLY J. MUELLER |

IT IS HEREBY STIPULATED by and between the United States Attorney's Office, through Assistant U.S. Attorney Alexis Klein, attorney for the United States, and the Federal Defender Office, through Assistant Federal Defender David M. Porter, attorney for defendant, Kenneth Eugene Moore, that the initial appearance set for July 19, 2023, be continued to **Thursday, July 27, 2023, at 2:00 p.m.**, before the Honorable Allison Claire in Courtroom 26.

The continuance is necessary to facilitate Mr. Moore's presence. The Probation Officer indicated that she joins in this request.

//

//

//

//

1  DATED: July 19, 2023

2                                        Respectfully submitted,

3                                        HEATHER E. WILLIAMS
4                                        Federal Defender

5                                        */s/ David M. Porter*
                                         DAVID M. PORTER
6                                        Assistant Federal Defender

7                                        Attorney for Defendant
8                                        KENNETH EUGENE MOORE

9  DATED: July 19, 2023

10                                       */s/ Alexis Klein*
                                         (as authorized on July 19, 2023)
11                                       ALEXIS KLEIN
                                         Assistant U.S. Attorney
12
                                         Attorney for Plaintiff
13                                       UNITED STATES OF AMERICA

14

15

16                              [~~Proposed~~] ORDER

17

18     Pursuant to the stipulation of the parties, and good cause appearing therefor, the request is

19  **GRANTED**.  The initial appearance is set for **Thursday, July 27, 2023, at 2:00 p.m.**, before the

20  Honorable Allison Claire in Courtroom 23.

21     IT IS SO ORDERED.

22  DATED:  July 20, 2023

23                                       _____
                                         ALLISON CLAIRE
24                                       UNITED STATES MAGISTRATE JUDGE